BTXN 036 (rev. 10/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Steven Edward Cornelison § Case No.: 13−70455−hdh13
Cynthia Kay Cornelison § Chapter No.: 13
  Debtor(s) §

# NOTICE OF DEFICIENCY

Notice is hereby given to the Debtor(s) that the Original Petition and/or Other Document(s) filed is/are deficient for one or more of the following reasons:

☐ A mailing matrix containing an alphabetical listing of all creditors, was not filed with the petition as required by N.D. TX L.B.R. 1007−1(a). The mailing matrix must be filed **within 48 hours** of the date of this notice.

☐ Tax ID Number must be provided **within 48 hours** of the date of this notice.

☑ Debtor(s)' chapter 13 plan or plan summary and authorization for preconfirmation of disbursements was not filed with the petition. The plan or plan summary and authorization for preconfirmation of disbursements in a form acceptable to the Trustee must be filed **within 14 days** of the date of the filing of the petition (Bankruptcy Rule 3015).

☐ Debtor(s)' chapter 13 plan or plan summary and authorization for preconfirmation of disbursements must be filed **within 14 days** from the date of the order of conversion (Bankruptcy Rule 3015).

☑ Debtor(s)' schedules A − J were not filed with the petition. The schedules must be filed **within 14 days** of the date of the filing of the petition (Bankruptcy Rule 1007(c)).

☑ Debtor(s)' statement of financial affairs was not filed with the petition. The statement of financial affairs must be filed **within 14 days** of the date of filing of the petition (Bankruptcy Rule 1007(c)).

☑ Attorney Fee Disclosure must be filed **within 14 days** of the date of the filing of the petition.

☐ Adversary Cover Sheet (Form 104) not filed with the complaint. Form 104 must be filed with the court **within 2 days** from the date of this notice.

☑ Statistical Summary/Summary of Schedules (Official Form 6) not provided at the time of filing. Official Form 6 must be filed **within 14 days** of the date of the filing of the petition.

☐ Exhibit D not provided with the petition at time of filing. An amended petition including Exhibit D must be filed **within 3 days** from the issuance of this notice.

☐ Twenty Largest Unsecured Creditors must be filed **within 48 hours** of the date of the filing of the petition.

☑ This case was filed without docketing a Form 21 Statement of Social Security Number. Form B21 must be filed with the court within 48 hours of the date of the petition pursuant to L.B.R. 1007−1(d). If a debtor Social Security Number was erroneously entered by you in this case, you must notify all parties and credit reporting agencies of the correct Social Security Number information.

☐ Certificate from an approved credit counselor of completion of a briefing received **prior to the filing** of the petition must be provided **within ### days** of the date of the filing of the petition. If the briefing was not completed prior to the petition date, the debtor must submit to the court a certification that complies with the requirements of 11 USC 109(h)(3)(A).

☑ Copies of employee income records must be provided **within 14 days** of the date of the filing of the petition.

☑ Statement of Current Monthly Income must be provided **within 14 days** of the date of the filing of the petition.

☐ Chapter 15 Service List must be provided **within 14 days** of the date of the filing of the petition.

– continued –

page 2

☐   Cash flow statement must be provided **within 7 days** from the issuance of this notice.

☐   Statement of operations must be provided **within 7 days** from the issuance of this notice.

☐   Balance sheet must be provided **within 7 days** from the issuance of this notice.

☐   Other:

**Failure to comply with the N.D. TX L.B.R.'s and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice.**

```
                              United States Bankruptcy Court
                                Northern District of Texas
In re:                                                                      Case No. 13-70455-hdh
Steven Edward Cornelison                                                    Chapter 13
Cynthia Kay Cornelison
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0539-7          User: gluna              Page 1 of 1              Date Rcvd: Dec 31, 2013
                              Form ID: BTXN036         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2014.
db/jdb       +Steven Edward Cornelison,   Cynthia Kay Cornelison,    5507 Rhone Dr,
               Wichita Falls, TX 76306-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2014                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2013 at the address(es) listed below:
              Monte J. White    on behalf of Debtor Steven Edward Cornelison legal@montejwhite.com,
               mjwhiteoffice@gmail.com
              Monte J. White    on behalf of Joint Debtor Cynthia Kay Cornelison legal@montejwhite.com,
               mjwhiteoffice@gmail.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov
              Walter 12,13 OCheskey    cmecf@ch13-12westtex.org,  ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                                             TOTAL: 4